Decided September 27, 2006

## COREY TURNER *v.* COMMISSIONER OF CORRECTION

The petitioner Corey Turner's petition for certification for appeal from the Appellate Court, 97 Conn. App. 15 (AC 25979), is denied.

VERTEFEUILLE, J., did not participate in the consideration or decision of this petition.

*David B. Rozwaski,* special public defender, in support of the petition.

*Julia K. Conlin,* assistant state's attorney, in opposition.

Decided September 27, 2006